**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                      **CASE NO.: 2:18-cr-166
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE KING**

**THOMAS J. ALLEN,**

    **Defendant.**

**ORDER**

On September 27, 2018, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant's guilty plea to an Information charging him with being a felon in possession of firearms, in violation of 18 U.S.C. § 922(g) (Count 1), possession with intent to distribute heroin, in violation of 21 U.S.C. § 841 (Count 2); and possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841 (Count 3). The Information also contains a forfeiture count. (Doc. 28). Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's pleas of guilty to Counts 1, 2, and 3 of the Information. Defendant is hereby adjudged guilty of these charges.

**IT IS SO ORDERED.**

         */s/ George C. Smith*
         **GEORGE C. SMITH, JUDGE**
         **UNITED STATES DISTRICT COURT**